# Exhibit “A”

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------------X
**LEIDER ENTERPRISES INC. ,**

Index #

Plaintiff, **SUMMONS WITH NOTICE**

-against-

**FEDERAL EXPRESS CORP. d/b/a FEDEX, FEDEX FREIGHT, NORFOLK SOUTHERN d/b/a NORFOLK SOUTHERN RAILWAY , JOHN DOE, XYZ CORPORATION**

Defendant.
----------------------------------------------------------------------X

Plaintiff designates NEW YORK COUNTY as the place of trial. The basis of venue is CPLR 503 (a).

To the above-named Defendants:

You are hereby summoned to answer with notice in this action, and to serve a copy of your answer, or, if the notice is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the notice.

Please take notice that on or about November 9th, 2024 the Plaintiff was informed that pallets identified as PRO # 281297849261 entrusted to you (for domestic delivery only and not international delivery) were loaded by you or your agents onto rail container FDXU 535481 at "SBO" aka the San Berdino Office through the services of one or both of the Defendants. The

objects were missing, including but not limited to laptop computers which were intended for immediate sale at their destination.

The pallets contained 769 laptop computers Windows 11 Pro in 3 Specs. 292 are valued at $400 wholesale with a retail value of $453.28. 262 laptops are valued at $530 wholesale with a retail value of $588 and 215 laptops are valued at $651 wholesale with a retail value of $729.64. On or about November 13th, 2024, upon the pallets arrival at Norfolk Southern Railyard in Harrisburg, PA it was discovered that the Defendants were negligent in safeguarding the delivery of the Plaintiff in that the pallets had been opened and contents were missing and\or damaged.

The Norfolk Southern Police Department were notified and a report number was created with the number of SEAL-24-035694. The container containing the shipment was upon information and belief, then transferred to the NHS hub of FEDEX where it was inspected/inventoried. FEDEX realized that the container was deficient and that at least one full pallet and half of laptop computers valued minimally at $146,023.00 wholesale were missing and/or damaged. Only a portion of the original container was delivered and only 517 of the laptop computers were delivered instead of 769. The Value of the missing computers that were stolen from the pallet total $146,023.00 wholesale or $162,764.92 retail and The demand is made herein for the total value of the missing and/or damaged computers that were shipped using FEDEX shipping services as well as the services of the other defendant including but not limited to lost profits, loss of good will and all costs and expenses including but not limited to legal fees and collection fees. Efforts were made to resolve this matter and the Defendants did not come forth to make the Plaintiff whole.

As and for a second cause of action, a demand is made that the DEFENDANTS provide compensatory damages as well as punitive damages for the incident due to their negligence and/or failure to take appropriate steps to address the missing items and to conduct a full investigation into their whereabouts. As a licensed carrier they must be held to a higher standard and not shrug off the loss to one of their regular clients.

As and for a third cause of action, Plaintiff has suffered substantial monetary damages, including damages to his reputation since Plaintiff was not able to properly deliver goods and services to Plaintiff's clientele and the loss of goodwill as well as ensuing sales is considerable.

**Wherefore** , Plaintiff demands a judgement against Defendant for the maximum amount Plaintiff is entitled to as a result of the foregoing as well as such other and further relief as may be just and proper including but not limited to fines and penalties against the carriers for their negligence in fulfilling their duties and violating the terms of their federal, city and or state license requirements.

DATED: New York, New York
February 20th, 2025

The Law Offices of Yoram Nachimovsky, Esq.
Attorneys for Plaintiff
225 Broadway, Suite 2018
New York, NY 10007
(212) 267-1157 (ph.)
(212) 267-1199 (fax)

BY: ______________________
YORAM NACHIMOVSKY, ESQ.